IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CV-517-GCM

| | |
|---|---|
| NIGEL HUTCHINSON, )<br>  Plaintiff, )<br>v. )<br>  )<br>CITY OF CHARLOTTE, )<br>  Defendants. )<br>  ) | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Lyndon Clay White,** filed May 12, 2016 [doc. # 11].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. White is admitted to appear before this court *pro hac vice* on behalf of Plaintiff, Nigel Hutchinson.

**IT IS SO ORDERED.**

Signed: May 13, 2016

*[signature]*

Graham C. Mullen
United States District Judge